IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JAMES C. CARR, SR., | : |
| Plaintiff, | : |
| | : Case No. 3:05CV387 |
| vs. | : |
| | : District Judge Walter Herbert Rice |
| MIAMI COUNTY JAIL, et al., | : Magistrate Judge Sharon L. Ovington |
| Defendants. | : |
| | : |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON SEPTEMBER 25, 2006 (Doc. #25); GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE (Doc. #23); DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #25), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 25, 2006 (Doc. #25) is ADOPTED in full;

2. Defendants' Motion To Dismiss For Failure To Prosecute (Doc. #23) is GRANTED;

3. Plaintiff James C. Carr, Sr.'s Complaint is DISMISSED without prejudice; and

4. This case is terminated on the docket of this Court.

                                             */s/ Walter Herbert Rice*
                                             Walter Herbert Rice
                                             United States District Judge